IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CR-00110-RJC

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| STEVIE PERKALE LEE | ) | |
| | ) | |

**THIS MATTER** is before this Court upon the defendant's Motion to Dismiss for Lack of Territorial Jurisdiction under 28 U.S.C. § 1332. (Doc. No. 33).

The Court previously found that the defendant had not alleged any legitimate statutory basis for relief at this stage in the proceedings and gave him the opportunity to have the Court consider the motion as an amendment to his pending Motion to Vacate pursuant to 28 U.S.C. § 2255. (Doc. No. 36: Order). The time period for making that election has expired.

**IT IS, THEREFORE, ORDERED** that the instant motion, (Doc. No. 33), is dismissed without prejudice.

Signed: March 30, 2015

Robert J. Conrad, Jr.
United States District Judge